IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FARRELL HAMMILL,

    Plaintiff,

V.

THE OHIO STATE UNIVERSITY,

    Defendant.

CASE NO. C2-10-0666
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

7-28-2010
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**