## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Farrell Hammill,** | : | |
| Plaintiff, | : | Case No. 2:10-CV-666 |
| v. | : | Judge ~~Sargus~~ WATSON |
| **The Ohio State University,** | : | Magistrate Judge Deavers |
| Defendant. | : | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, stipulate to the dismissal, with prejudice, of this action with each party bearing their own costs. The Parties request that the Court approve this Stipulation and that the Clerk close this case.

**APPROVED:**

_____

~~Edmund A. Sargus, Jr.~~ WATSON

United States District Judge

_s/Laren E. Knoll_____
Laren E. Knoll (0070594)
The Knoll Law Firm, LLC
5428 Bethel Reed Park
Columbus, Ohio 43220
Telephone: 614-372-8890
Facsimile: 614-442-8718
E-mail: lknoll@knolllaw.com
_Trial Counsel for Plaintiff_

_s/Tracy Turner (authority per 6/28/2011 letter)___
Tracy L. Turner
Habash & Reasoner, LLP
471 E. Broad Street, Suite 1520
Columbus, Ohio 43215
Telephone: 614-221-9400
Facsimile: 614-221-1214
Email: tturner@habashlaw.com
_Trial Counsel for Defendant_